# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WARREN FAUST and LORI ESHENAUR, as Trustees of the SHEET METAL WORKERS LOCAL 44 RETIREMENT INCOME PLAN, SHEET METAL WORKERS LOCAL 44 ANNUITY FUND, SHEET METAL WORKERS LOCAL 44 WELFARE FUND, and SHEET METAL INDUSTRY EDUCATION FUND,

    Plaintiffs,

    v.

SUMMIT SHEET METAL, LLC,

    Defendant.

NO. 3:14-CV-0607

(JUDGE CAPUTO)

## **ORDER AND JUDGMENT**

**NOW**, this 25th day of January, 2018, and for the reasons stated in the accompanying memorandum, **IT IS HEREBY ORDERED** that:

(1) Judgment is **ENTERED** in favor of Plaintiffs and against Defendant for unpaid contributions, liquidated damages, and interest as follows:

    (A) Defendant shall pay delinquent contributions for the months of May 2013 through December 2014 in the following amounts: $17,779.50 to the Pension Fund; $11,257.00 to the Annuity Fund; $31,274.10 to the Welfare Fund; and $2,965.30 to the Education Fund, totaling $63,275.90 in unpaid contributions.

    (B) Defendant shall pay liquidated damages to the Funds in the amount of $3,163.78.

    (C) Defendant shall pay interest to the Funds in the amount of $40,819.00.

(2) Plaintiffs may file a petition for attorneys' fees and costs within **twenty-one (21)**

**days** from the date of entry of this Order in accordance with Federal Rule of Civil Procedure 54(d) and this Court's Local Rules. To the extent such a petition is filed, Defendant shall have **fourteen (14) days** to file an opposition to the petition if desired and Plaintiffs shall have **fourteen (14) days** to file a reply thereto, if any.

(3)  The Clerk of Court is directed to mark the case as **CLOSED**.


      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge